Ira Bodenstein
Shaw Fishman
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 666-2861
    Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: MARQUEZ, BRIAN ISREAL | § | Case No. 14-17778 |
| MARQUEZ, KRISTINE DENISE | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on May 12, 2014.  The undersigned trustee was appointed on *bad date*.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $               15,000.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 53.79 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 14,946.21 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 05/26/2015 and the deadline for filing governmental claims was 11/08/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,250.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $0.00 as interim compensation and now requests the sum of $2,250.00, for a total compensation of $2,250.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $23.13, for total expenses of $23.13.[2]

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/23/2015      By: /s/Ira Bodenstein
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 14-17778  
**Case Name:** MARQUEZ, BRIAN ISREAL  
MARQUEZ, KRISTINE DENISE  
**Period Ending:** 10/23/15

**Trustee:** (330129)   Ira Bodenstein  
**Filed (f) or Converted (c):** 05/12/14 (f)  
**§341(a) Meeting Date:** 06/30/14  
**Claims Bar Date:** 05/26/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | duplicate of asset 3<br>Orig. Description: single family home 18 Fairview Court, Clarendon Hills, IL; Imported from original petition Doc# 24 | 0.00 | 0.00 | | 0.00 | FA |
| 2 | single family home 422 Mills Street, Hinsdale,<br>Orig. Description: single family home 422 Mills Street, Hinsdale, IL; Imported from Amended Doc#: 32; Lien: July 2007<br>single family home<br>422 Mills Street<br>Hinsdale, IL<br>Value $ 300000  -  Amount: 487000.00  (See Footnote) | 300,000.00 | 0.00 | | 0.00 | FA |
| 3 | single family home 18 Fairview Court, Clarendon<br>Orig. Description: single family home 18 Fairview Court, Clarendon Hills, IL; Imported from Amended Doc#: 32; Exemption: single family home  -  Amount: 30000.00; Lien: single family home<br>18 Fairview Court<br>Clarendon Hills, IL<br>Value $ 350000  -  Amount: 235000.00; Lien: single family home<br>18 Fairview Court<br>Clarendon Hills, IL<br>Value $ 350000  -  Amount: 75000.00<br>Order entered on 6/2/15 approving sale of equity to Debtors for $15,000<br>Additional $13,500 to come into estate upon closing of sale. | 350,000.00 | 0.00 | | 15,000.00 | FA |
| 4 | 2 flat 13046 S. Maple, Blue Island, IL  (u)<br>Orig. Description: 2 flat 13046 S. Maple, Blue Island, IL; Imported from Amended Doc#: 32; Lien: 2 flat<br>13046 S. Maple<br>Blue Island, IL<br>Value $ 100000  -  Amount: 65000.00; Lien: single family home<br>9137 Lynwood Drive | 100,000.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 14-17778 | **Trustee:** (330129)  Ira Bodenstein |
| **Case Name:** MARQUEZ, BRIAN ISREAL | **Filed (f) or Converted (c):** 05/12/14 (f) |
| MARQUEZ, KRISTINE DENISE | **§341(a) Meeting Date:** 06/30/14 |
| **Period Ending:** 10/23/15 | **Claims Bar Date:** 05/26/15 |

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| Oak Lawn, IL 60453<br>Value $ 100000  -  Amount: 18000.00  (See Footnote) | | | | | |
| 5   single family home 9137 Lynwood Drive, Oak Lawn, (u)<br>   Orig. Description: single family home 9137 Lynwood Drive, Oak Lawn, IL 60453; Imported from Amended Doc#: 32; Lien: single family home<br>9137 Lynwood Drive<br>Oak Lawn, IL 60453<br>Value $ 100000  -  Amount: 100000.00  (See Footnote) | 100,000.00 | 0.00 | | 0.00 | FA |
| 6   3 flat 2649 New Street, Blue Island, IL  (u)<br>   Orig. Description: 3 flat 2649 New Street, Blue Island, IL; Imported from Amended Doc#: 32; Lien: 3 flat<br>2649 New Street<br>Blue Island, IL<br>Value $ 130000  -  Amount: 153000.00  (See Footnote) | 130,000.00 | 0.00 | | 0.00 | FA |
| 7   Cash  (u)<br>   Orig. Description: Cash; Imported from Amended Doc#: 32; Exemption: Cash  -  Amount: 400.00 | 400.00 | 0.00 | | 0.00 | FA |
| 8   Hinsdale Bank & Trust Checking - $800 Hinsdale B (u)<br>   Orig. Description: Hinsdale Bank & Trust Checking - $800 Hinsdale Bank & Trust Savings - $195 Salt Creek Credit Union - $175 Acme Credit Union - $215; Imported from Amended Doc#: 32; Exemption: Hinsdale Bank & Trust Checking - $800 Hinsdale Bank & Trust Savings - $195 Salt Creek Credit Union - $175 Acme Credit Union - $215  -  Amount: 1385.00 | 1,385.00 | 0.00 | | 0.00 | FA |
| 9   Ordinary items  (u)<br>   Orig. Description: Ordinary items; Imported from Amended Doc#: 32 | Unknown | 0.00 | | 0.00 | FA |
| 10   Ordinary items  (u)<br>   Orig. Description: Ordinary items; Imported from | Unknown | 0.00 | | 0.00 | FA |

# FORM 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-17778  
**Case Name:** MARQUEZ, BRIAN ISREAL  
MARQUEZ, KRISTINE DENISE  
**Period Ending:** 10/23/15

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 05/12/14 (f)  
**§341(a) Meeting Date:** 06/30/14  
**Claims Bar Date:** 05/26/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Amended Doc#: 32 |  |  |  |  |  |
| 11 | Ordinary items (u)<br>Orig. Description: Ordinary items; Imported from Amended Doc#: 32 | Unknown | 0.00 |  | 0.00 | FA |
| 12 | Northwestern Mutual life insurance (cash value) (u)<br>Orig. Description: Northwestern Mutual life insurance (cash value); Imported from Amended Doc#: 32 | 5,000.00 | 0.00 |  | 0.00 | FA |
| 13 | Acme Credit Union Annuity (u)<br>Orig. Description: Acme Credit Union Annuity; Imported from Amended Doc#: 32; Exemption: Acme Credit Union Annuity - Amount: 1000.00 | 1,000.00 | 0.00 |  | 0.00 | FA |
| 14 | T. Rove Price (401K) - $20,500 Wells Fargo - $5, (u)<br>Orig. Description: T. Rove Price (401K) - $20,500 Wells Fargo - $5,400 American Funds IRA - $14,000 American Funds 401K - $4,100; Imported from Amended Doc#: 32; Exemption: T. Rove Price (401K) - $20,500 Wells Fargo - $5,400 American Funds IRA - $14,000 American Funds 401K - $4,100 - Amount: 23600.00 | 23,600.00 | 0.00 |  | 0.00 | FA |
| 15 | Ameritrade (u)<br>Orig. Description: Ameritrade; Imported from Amended Doc#: 32; Exemption: Ameritrade - Amount: 4100.00 | 4,100.00 | 0.00 |  | 0.00 | FA |
| 16 | 2004 Toyota Sienna (u)<br>Orig. Description: 2004 Toyota Sienna; Imported from Amended Doc#: 32; Exemption: 2004 Toyota Sienna - Amount: 4800.00 | 5,800.00 | 0.00 |  | 0.00 | FA |
| 17 | 2005 Subaru Forester (u)<br>Orig. Description: 2005 Subaru Forester; Imported from Amended Doc#: 32 | 5,700.00 | 0.00 |  | 0.00 | FA |
| 17 | Assets   Totals (Excluding unknown values) | $1,026,985.00 | $0.00 |  | $15,000.00 | $0.00 |

RE PROP# 2    Stay relief granted  
RE PROP# 4    Stay relief granted  
RE PROP# 5    Stay relief granted

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 4

**Case Number:** 14-17778  
**Case Name:** MARQUEZ, BRIAN ISREAL  
MARQUEZ, KRISTINE DENISE  
**Period Ending:** 10/23/15

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 05/12/14 (f)  
**§341(a) Meeting Date:** 06/30/14  
**Claims Bar Date:** 05/26/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| RE PROP# 6    Stay relief granted | | | | | |

**Major Activities Affecting Case Closing:**

    4/20/2015- Finalize sale of equity in house to debtor  
        Review claims and file TFR

**Initial Projected Date Of Final Report (TFR):**    December 31, 2015    **Current Projected Date Of Final Report (TFR):**    December 31, 2015

Printed: 10/23/2015 10:42 AM    V.13.25

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| **Case Number:** | 14-17778 | | **Trustee:** | Ira Bodenstein (330129) |
|---|---|---|---|---|
| **Case Name:** | MARQUEZ, BRIAN ISREAL | | **Bank Name:** | Rabobank, N.A. |
| | MARQUEZ, KRISTINE DENISE | | **Account:** | ******3966 - Checking Account |
| **Taxpayer ID #:** | **-***8909 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 10/23/15 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/05/15 | {3} | Brian Marquez | Earnest money deposit for purchase of equity in 18 Fairview Court | 1110-000 | 1,500.00 | | 1,500.00 |
| 07/17/15 | {3} | Brian Marquez | Payment for sale of equity in 18 Fairview Court | 1110-000 | 13,500.00 | | 15,000.00 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 14,990.00 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.83 | 14,969.17 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.96 | 14,946.21 |
| | | | **ACCOUNT TOTALS** | | 15,000.00 | 53.79 | **$14,946.21** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 15,000.00 | 53.79 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$15,000.00** | **$53.79** | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******3966** | 15,000.00 | 53.79 | 14,946.21 |
| | $15,000.00 | $53.79 | $14,946.21 |

{} Asset reference(s)     Printed: 10/23/2015 10:42 AM   V.13.25

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** May 26, 2015

**Case Number:** 14-17778  
**Debtor Name:** MARQUEZ, BRIAN ISREAL

Page: 1

**Date:** October 23, 2015  
**Time:** 10:42:18 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | Ira Bodenstein<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60654 | Admin Ch. 7 | | $2,250.00 | $0.00 | 2,250.00 |
| 200 | Ira Bodenstein<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60654 | Admin Ch. 7 | | $23.13 | $0.00 | 23.13 |
| 3<br>570 | Department of the Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Priority | | $12,297.07 | $0.00 | 12,297.07 |
| NOTFILED<br>100 | Chase<br>P.O. Box 183166<br>Columbus, OH 43218 | Secured | XXXXX2818 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>100 | Bank of America<br>P.O. Box 5170<br>Simi Valley, CA 93062 | Secured | | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>100 | Chase<br>P.O. Box 78420<br>Phoenix, AZ 85062 | Secured | | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>100 | Emigrent Mortgage<br>5 East 42nd Street<br>New York, NY 10017 | Secured | | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>100 | Wells Fargo<br>P.O. Box 14411<br>Des Moines, IA 50306 | Secured | | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>100 | Bank of America<br>P.O.Box 5170<br>Simi Valley, CA 93062 | Secured | XXXXXXXX7869 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>100 | Chase<br>P.O. Box 183166<br>Columbus, OH 43218 | Secured | | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>100 | Bank of America<br>P.O. Box 5170<br>Simi Valley, CA 93062 | Secured | XXXXXXXX7869 | $0.00 | $0.00 | 0.00 |
| 1<br>610 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | XXXX-XXXX-XXXX-5874 | $13,283.02 | $0.00 | 13,283.02 |
| 2<br>610 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $8,024.11 | $0.00 | 8,024.11 |
| 4 -2<br>610 | Fifth Third Bank<br>c/o David L. Hazan,Diver, Grach, Quade<br>& Masini, LLP,111 N. County Street,<br>Waukegan, IL 60085 | Unsecured | | $503,588.22 | $0.00 | 503,588.22 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** May 26, 2015

**Case Number:** 14-17778　　　　　　　　　　Page: 2　　　　　　　　　　**Date:** October 23, 2015
**Debtor Name:** MARQUEZ, BRIAN ISREAL　　　　　　　　　　　　　　　　**Time:** 10:42:19 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5 / 610 | Capital One Bank (USA), N.A. / PO Box 71083 / Charlotte, NC 28272-1083 | Unsecured | XXXX-XXXX-XXXX-4776 | $3,361.98 | $0.00 | 3,361.98 |
| 6 / 610 | Capital One Bank (USA), N.A. / PO Box 71083 / Charlotte, NC 28272-1083 | Unsecured | XXXX-XXXX-XXXX-6099 | $9,208.14 | $0.00 | 9,208.14 |
| 7 / 610 | Capital One Bank (USA), N.A. / PO Box 71083 / Charlotte, NC 28272-1083 | Unsecured | XXXXXXXX0017 | $9,204.74 | $0.00 | 9,204.74 |
| 8 / 610 | Fifth Third Bank / PO Box 9013 / Addison, TX 75001 | Unsecured | XXXX-XXXX-XXXX-8524 | $4,231.90 | $0.00 | 4,231.90 |
| 9 / 610 | Navient Solutions, Inc. / 220 Lasley Ave / Wilkes-Barre, PA 18706 | Unsecured | | $45,049.29 | $0.00 | 45,049.29 |
| 10 / 610 | American Express Centurion Bank / c o Becket and Lee LLP / POB 3001 / Malvern, PA 19355-0701 | Unsecured | | $1,165.35 | $0.00 | 1,165.35 |
| 11 / 610 | TALAN & KTSANES / 223 W JACKSON - SUITE 512 / CHICAGO, IL 60606 | Unsecured | | $1,459.44 | $0.00 | 1,459.44 |
| 12 / 610 | PYOD, LLC its successors and assigns as assignee / of Citibank, N.A. / Resurgent Capital Services, PO Box 19008 / Greenville, SC 29602 | Unsecured | XXXX-XXXX-XXXX-6395 | $19,824.24 | $0.00 | 19,824.24 |
| 13 / 610 | Synchrony Bank / c/o Recovery Management Systems Corp / 25 SE 2nd Ave Suite 1120 / Miami, FL 33131-1605 | Unsecured | XXXX-XXXX-XXXX-8342 | $1,885.63 | $0.00 | 1,885.63 |
| NOTFILED / 610 | Chase / P.O. Box 15123 / Wilmington, DE 19850 | Unsecured | 4623 | $0.00 | $0.00 | 0.00 |
| NOTFILED / 610 | Chase / P.O. Box 15123 / Wilmington, DE 19850 | Unsecured | XXXX-XXXX-XXXX-3692 | $0.00 | $0.00 | 0.00 |
| NOTFILED / 610 | Chase Cardmember Service / P.O. Box 15153 / Wilmington, DE 19886 | Unsecured | XXXX-XXXX-XXXX-1774 | $0.00 | $0.00 | 0.00 |
| NOTFILED / 610 | City of Chicago c/o Talan & Ktsames / 223 W. Jackson Blvd., Ste. 512 / Chicago, IL 60606 | Unsecured | | $0.00 | $0.00 | 0.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** May 26, 2015

**Case Number:** 14-17778  
**Debtor Name:** MARQUEZ, BRIAN ISREAL  

Page: 3

**Date:** October 23, 2015  
**Time:** 10:42:19 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | CHCH LLC<br>5680 Greenwood Plaza<br>Ste. 500<br>Englewood, CO 80111 | Unsecured | XXXX-XXXX-XXXX-8516 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Fifth Third Bank c/o Steve Palmer | Unsecured | XXXXXXX93-34 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Bank of America<br>P.O. Box 851001<br>Dallas, TX 75285 | Unsecured | XXXX-XXXX-XXXX-3167 | $0.00 | $0.00 | 0.00 |
| << Totals >> | | | | 634,856.26 | 0.00 | 634,856.26 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 14-17778
Case Name: MARQUEZ, BRIAN ISREAL
Trustee Name: Ira Bodenstein

**Balance on hand:** $ 14,946.21

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 14,946.21

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 2,250.00 | 0.00 | 2,250.00 |
| Trustee, Expenses - Ira Bodenstein | 23.13 | 0.00 | 23.13 |

Total to be paid for chapter 7 administration expenses: $ 2,273.13
Remaining balance: $ 12,673.08

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 12,673.08

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $12,297.07 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Department of the Treasury | 12,297.07 | 0.00 | 12,297.07 |

Total to be paid for priority claims: $ 12,297.07
Remaining balance: $ 376.01

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 620,286.06 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 13,283.02 | 0.00 | 8.05 |
| 2 | Discover Bank | 8,024.11 | 0.00 | 4.86 |
| 4 -2 | Fifth Third Bank | 503,588.22 | 0.00 | 305.27 |
| 5 | Capital One Bank (USA), N.A. | 3,361.98 | 0.00 | 2.04 |
| 6 | Capital One Bank (USA), N.A. | 9,208.14 | 0.00 | 5.58 |
| 7 | Capital One Bank (USA), N.A. | 9,204.74 | 0.00 | 5.58 |
| 8 | Fifth Third Bank | 4,231.90 | 0.00 | 2.57 |
| 9 | Navient Solutions, Inc. | 45,049.29 | 0.00 | 27.31 |
| 10 | American Express Centurion Bank | 1,165.35 | 0.00 | 0.71 |
| 11 | TALAN & KTSANES | 1,459.44 | 0.00 | 0.88 |
| 12 | PYOD, LLC its successors and assigns as assignee | 19,824.24 | 0.00 | 12.02 |
| 13 | Synchrony Bank | 1,885.63 | 0.00 | 1.14 |

Total to be paid for timely general unsecured claims: $ 376.01
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**