| | | |
|---|---|---|
| Ira Bodenstein<br>Shaw Fishman<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60654<br>(312) 666-2861<br>Chapter 7 Trustee | The Honorable:<br>Chapter 7<br><br>Hearing Date:<br>Hearing Time: | PAMELA S. HOLLIS<br><br><br>12/17/2015<br>10:00 a.m. |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:   MARQUEZ, BRIAN ISREAL   §   Case No. 14-17778
         MARQUEZ, KRISTINE DENISE  §
                                    §
Debtor(s)                           §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Ira Bodenstein, trustee of the above styled estate, has filed a Final Report and the trustee has filed a final fee application, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and the application for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street
Chicago, IL. 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on 12/17/2015 in Courtroom 644, United States Courthouse, 219 South Dearborn Street Chicago, IL. 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

UST Form 101-7-NFR (10/1/2010)

Date Mailed: 11/24/2015          By:    Ira Bodenstein
                                        Trustee

Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 666-2861

**UST Form 101-7-NFR (10/1/2010)**

| | | |
|---|---|---|
| Ira Bodenstein | The Honorable: | PAMELA S. HOLLIS |
| Shaw Fishman | Chapter  7 | |
| 321 N. Clark St., Ste. 800 | Location: | _____ |
| Chicago, IL  60654 | Hearing Date: | _____ / / |
| (312) 666-2861 | Hearing Time: | _____ |
| Chapter 7 Trustee | Response Date: | _____ / / |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: MARQUEZ, BRIAN ISREAL  § Case No. 14-17778
MARQUEZ, KRISTINE DENISE  §
 §
Debtor(s)  §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 15,000.00 |
| *and approved disbursements of* | $ | 53.79 |
| *leaving a balance on hand of* [1] | $ | 14,946.21 |
| **Balance on hand:** | $ | 14,946.21 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:  $  0.00
Remaining balance:  $  14,946.21

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 2,250.00 | 0.00 | 2,250.00 |
| Trustee, Expenses - Ira Bodenstein | 23.13 | 0.00 | 23.13 |

Total to be paid for chapter 7 administration expenses:  $  2,273.13
Remaining balance:  $  12,673.08

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | | |
|---|---|---|---|
| | Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| | Remaining balance: | $ | 12,673.08 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $12,297.07 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Department of the Treasury | 12,297.07 | 0.00 | 12,297.07 |

| | | | |
|---|---|---|---|
| | Total to be paid for priority claims: | $ | 12,297.07 |
| | Remaining balance: | $ | 376.01 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 620,286.06 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 13,283.02 | 0.00 | 8.05 |
| 2 | Discover Bank | 8,024.11 | 0.00 | 4.86 |
| 4 -2 | Fifth Third Bank | 503,588.22 | 0.00 | 305.27 |
| 5 | Capital One Bank (USA), N.A. | 3,361.98 | 0.00 | 2.04 |
| 6 | Capital One Bank (USA), N.A. | 9,208.14 | 0.00 | 5.58 |
| 7 | Capital One Bank (USA), N.A. | 9,204.74 | 0.00 | 5.58 |
| 8 | Fifth Third Bank | 4,231.90 | 0.00 | 2.57 |
| 9 | Navient Solutions, Inc. | 45,049.29 | 0.00 | 27.31 |
| 10 | American Express Centurion Bank | 1,165.35 | 0.00 | 0.71 |
| 11 | TALAN & KTSANES | 1,459.44 | 0.00 | 0.88 |
| 12 | PYOD, LLC its successors and assigns as | 19,824.24 | 0.00 | 12.02 |

UST Form 101-7-NFR (10/1/2010)

| 13 | Synchrony Bank | 1,885.63 | 0.00 | 1.14 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 376.01 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |  |  |  |  |

|  |  |  |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |  |  |  |  |

|  |  |  |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/Ira Bodenstein
_____
Trustee

Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL 60654
(312) 666-2861

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                         United States Bankruptcy Court
                         Northern District of Illinois
In re:                                                         Case No. 14-17778-PSH
Brian Isreal Marquez                                           Chapter 7
Kristine Denise Marquez
         Debtors                       CERTIFICATE OF NOTICE
District/off: 0752-1          User: ccabrales              Page 1 of 2                  Date Rcvd: Nov 24, 2015
                              Form ID: pdf006              Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 26, 2015.
db             +Brian Isreal Marquez,    422 Mills,   Hinsdale, IL 60521-2430
jdb            +Kristine Denise Marquez,    18 Fairview Court,    Clarendon Hills, IL 60514-1209
22188464       +American Express,   Box 0001,    Los Angeles, CA 90096-8000
22023025        American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
22188465       +Bank of America,   Po Box 851001,    Dallas, TX 75285-1001
21916619       +Bank of America,   P.O.Box 5170,    Simi Valley, CA 93062-5170
22188470       +CHCH LLC,   5680 Greenwood Plaza,    Ste. 500,    Englewood, CO 80111-2415
22188467       +Capital One,   Po Box 105474,    Atlanta, GA 30348-5474
22188466       +Capital One,   Po Box 6492,    Carol Stream, IL 60197-6492
23040757        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
22188394       +Chase,   Po Box 183166,    Columbus, OH 43218-3166
22188395       +Chase,   Po Box 78240,    Phoenix, AZ 85062-8240
22188468        Chase,   Po Box 156123,    Wilmington, DE 19850
22188469       +Chase Cardmember Service,    Po Box 15153,    Wilmington, DE 19886-5153
22188471       +Citi Cards,   Po Box 6004,    Sioux Falls, SD 57117-6004
22188472       +City of Chicago,    c/o Talan & Ktsames,    223 W. Jackson Blvd., Ste. 512,
                 Chicago, IL 60606-6904
22188396       +Emigrant Mortgage,    5 East 42nd Street,    New York, NY 10017-6904
22188474       +Fifth Third Bank,    Po Box 740789,    Cincinnati, OH 45274-0789
23045776       +Fifth Third Bank,    PO Box 9013,    Addison, Texas 75001-9013
22188475        Fifth Third Bank,    c/o David L. Hazan,    Diver, Grach, Quade & Masini, LLP,
                 111 N. County Street, Waukegan, IL 60085
23062334       +Navient Solutions, Inc.,    220 Lasley Ave,    Wilkes-Barre, PA 18706-1430
22188477        Sallie Mae,   PO Box 95000,    Wilkes Barre, PA 18773
23163698       +Seterus, Inc., as authorized subservicer for Feder,    c/o Pierce & Associates,
                 1 N. Dearborn, Suite 1300,    Chicago, IL 60602-4321
23181801       +TALAN & KTSANES,    223 W JACKSON - SUITE 512,    CHICAGO IL 60606-6904
21961720       +WELLS FARGO BANK, N.A. SERVICING AGENT FOR CITIBAN,    C/O PIERCE AND ASSOCIATES,
                 ONE NORTH DEARBORN STE. 1300,    CHICAGO, IL 60602-4321
22188397       +Wells Fargo,   Po Box 14411,    Des Moines, IA 50306-3411
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22188426        E-mail/Text: cio.bncmail@irs.gov Nov 25 2015 01:49:37     Department of the Treasury,
                 Internal Revenue Service,    PO Box 7346,    Philadelphia PA 19101-7346
22188473       +E-mail/Text: mrdiscen@discover.com Nov 25 2015 01:49:13     Discover,    PO Box 6103,
                 Carol Stream, IL 60197-6103
22973006        E-mail/Text: mrdiscen@discover.com Nov 25 2015 01:49:13     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
23842466       +E-mail/Text: collectionbankruptcies.bancorp@53.com Nov 25 2015 01:52:09     Fifth Third Bank,
                 1830 East Paris Avenue S.E.,    Kentwood, MI 49546-8803
22188476       +E-mail/PDF: gecsedi@recoverycorp.com Nov 25 2015 01:43:16     Old Navy Visa/GECRB,
                 PO Box 960017,    Orlando, FL 32896-0017
23293476       +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 25 2015 01:43:51
                 PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
23296876        E-mail/PDF: gecsedi@recoverycorp.com Nov 25 2015 01:43:41     Synchrony Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
22799907        E-mail/PDF: gecsedi@recoverycorp.com Nov 25 2015 01:44:04     Synchrony Bank,
                 c/o Recovery Management Systems Corp.,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
23156957*       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
                                                                                             TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 26, 2015                               Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: ccabrales            Page 2 of 2             Date Rcvd: Nov 24, 2015
                              Form ID: pdf006            Total Noticed: 34
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 24, 2015 at the address(es) listed below:
          Andrew J Nelson    on behalf of Creditor   Seterus, Inc., as authorized subservicer for Federal
           National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the
           laws of the United States of America anelson@atty-pierce.com,  northerndistrict@atty-pierce.com
          Andrew J Nelson    on behalf of Creditor    WELLS FARGO BANK, N.A. SERVICING AGENT FOR CITIBANK,
           N.A., AS TRUSTEE FOR GSAA  HOME EQUITY TRUST, ASSET-BACKED CERTIFICATES, SERIES 2007-10
           anelson@atty-pierce.com,  northerndistrict@atty-pierce.com
          Brian M. Graham    on behalf of Joint Debtor Kristine Denise Marquez bmgrahampack@sbcglobal.net
          Brian M. Graham    on behalf of Debtor Brian Isreal Marquez bmgrahampack@sbcglobal.net
          Dana N O'Brien    on behalf of Creditor    WELLS FARGO BANK, N.A. SERVICING AGENT FOR CITIBANK,
           N.A., AS TRUSTEE FOR GSAA  HOME EQUITY TRUST, ASSET-BACKED CERTIFICATES, SERIES 2007-10
           dobrien@atty-pierce.com,  northerndistrict@atty-pierce.com
          David L Hazan    on behalf of Creditor    Fifth Third Bank dlhazan@divergrach.com
          Heather M Giannino    on behalf of Creditor    JPMorgan Chase Bank, National Association
           bankruptcy@hsbattys.com,  bankruptcy@hsbattys.com
          Ira Bodenstein    on behalf of Trustee Ira  Bodenstein ibodenstein@shawfishman.com,
           cowens@shawfishman.com
          Ira Bodenstein    iratrustee@shawfishman.com,   IL29@ecfcbis.com;cowens@shawfishman.com
          Joel P Fonferko    on behalf of Creditor    BANK OF AMERICA, N.A. ND-One@il.cslegal.com
          Mitchell Lieberman    on behalf of Creditor    Emigrant Residential LLC
           mlieberman@noonanandlieberman.com,  igarza@noonanandlieberman.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Roman Sukley    on behalf of U.S. Trustee Patrick S Layng USTPRegion11.es.ecf@usdoj.gov,
           roman.l.sukley@usdoj.gov;cameron.g.gulden@usdoj.gov
                                                                                              TOTAL: 13
```