# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: MARQUEZ, BRIAN ISREAL § Case No. 14-17778
     MARQUEZ, KRISTINE DENISE § 
 § 
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

   Ira Bodenstein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $676,985.00            Assets Exempt: $65,285.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $12,672.20        Claims Discharged
                                                   Without Payment: $677,813.48

Total Expenses of Administration: $2,326.92

---

   3) Total gross receipts of $ 15,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.88 (see **Exhibit 2**), yielded net receipts of $14,999.12 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,367,575.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,326.92 | 2,326.92 | 2,326.92 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 16,028.00 | 12,297.07 | 12,297.07 | 12,297.07 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 201,368.91 | 620,286.06 | 620,286.06 | 375.13 |
| **TOTAL DISBURSEMENTS** | $1,584,971.91 | $634,910.05 | $634,910.05 | $14,999.12 |

4) This case was originally filed under Chapter 7 on May 12, 2014. The case was pending for 25 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/20/2016          By: /s/Ira Bodenstein
                                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| single family home 18 Fairview Court, Clarendon | 1110-000 | 15,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$15,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Clerk of the Bankruptcy Court | Unclaimed Funds | 8500-002 | 0.00 |
| Clerk of the Bankruptcy Court | Unclaimed Funds | 8500-002 | 0.88 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.88** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Chase | 4110-000 | 75,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 4110-000 | 100,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 4110-000 | 65,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Emigrent Mortgage | 4110-000 | 153,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo | 4110-000 | 487,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 4110-000 | 234,575.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 4110-000 | 18,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 4110-000 | 235,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$1,367,575.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ira Bodenstein | 2100-000 | N/A | 2,250.00 | 2,250.00 | 2,250.00 |
| Ira Bodenstein | 2200-000 | N/A | 23.13 | 23.13 | 23.13 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 20.83 | 20.83 | 20.83 |
| Rabobank, N.A. | 2600-000 | N/A | 22.96 | 22.96 | 22.96 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $2,326.92 | $2,326.92 | $2,326.92 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Department of the Treasury | 5800-000 | 16,028.00 | 12,297.07 | 12,297.07 | 12,297.07 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $16,028.00 | $12,297.07 | $12,297.07 | $12,297.07 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 12,994.55 | 13,283.02 | 13,283.02 | 8.05 |
| 2 | Discover Bank | 7100-000 | 7,658.77 | 8,024.11 | 8,024.11 | 4.86 |
| 4 -2 | Fifth Third Bank | 7100-000 | N/A | 503,588.22 | 503,588.22 | 305.27 |
| 5 | Capital One Bank (USA), N.A. | 7100-000 | 3,300.00 | 3,361.98 | 3,361.98 | 2.04 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | Capital One Bank (USA), N.A. | 7100-000 | 8,819.63 | 9,208.14 | 9,208.14 | 5.58 |
| 7 | Capital One Bank (USA), N.A. | 7100-000 | 24,000.00 | 9,204.74 | 9,204.74 | 5.58 |
| 8 | Fifth Third Bank | 7100-000 | 4,020.20 | 4,231.90 | 4,231.90 | 2.57 |
| 9 | Navient Solutions, Inc. | 7100-000 | 50,000.00 | 45,049.29 | 45,049.29 | 27.31 |
| 10 | American Express Centurion Bank | 7100-000 | 11,063.68 | 1,165.35 | 1,165.35 | 0.71 |
| 11 | TALAN & KTSANES | 7100-000 | N/A | 1,459.44 | 1,459.44 | 0.00 |
| 12 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 19,824.00 | 19,824.24 | 19,824.24 | 12.02 |
| 13 | Synchrony Bank | 7100-000 | 1,785.53 | 1,885.63 | 1,885.63 | 1.14 |
| NOTFILED | Chase | 7100-000 | 7,968.65 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 4,995.50 | N/A | N/A | 0.00 |
| NOTFILED | Chase Cardmember Service | 7100-000 | 3,700.00 | N/A | N/A | 0.00 |
| NOTFILED | City of Chicago c/o Talan & Ktsames | 7100-000 | 17,194.89 | N/A | N/A | 0.00 |
| NOTFILED | CHCH LLC | 7100-000 | 9,254.00 | N/A | N/A | 0.00 |
| NOTFILED | Fifth Third Bank c/o Steve Palmer | 7100-000 | 7,200.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 7,589.51 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$201,368.91** | **$620,286.06** | **$620,286.06** | **$375.13** |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 14-17778
**Case Name:** MARQUEZ, BRIAN ISREAL
MARQUEZ, KRISTINE DENISE
**Period Ending:** 05/20/16

**Trustee:** (330129)   Ira Bodenstein
**Filed (f) or Converted (c):** 05/12/14 (f)
**§341(a) Meeting Date:** 06/30/14
**Claims Bar Date:** 05/26/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | duplicate of asset 3<br>   Orig. Description: single family home 18 Fairview Court, Clarendon Hills, IL; Imported from original petition Doc# 24 | 0.00 | 0.00 | | 0.00 | FA |
| 2 | single family home 422 Mills Street, Hinsdale,<br>   Orig. Description: single family home 422 Mills Street, Hinsdale, IL; Imported from Amended Doc#: 32; Lien: July 2007<br>single family home<br>422 Mills Street<br>Hinsdale, IL<br>Value $ 300000 - Amount: 487000.00 (See Footnote) | 300,000.00 | 0.00 | | 0.00 | FA |
| 3 | single family home 18 Fairview Court, Clarendon<br>   Orig. Description: single family home 18 Fairview Court, Clarendon Hills, IL; Imported from Amended Doc#: 32; Exemption: single family home - Amount: 30000.00; Lien: single family home<br>18 Fairview Court<br>Clarendon Hills, IL<br>Value $ 350000 - Amount: 235000.00; Lien: single family home<br>18 Fairview Court<br>Clarendon Hills, IL<br>Value $ 350000 - Amount: 75000.00<br>Order entered on 6/2/15 approving sale of equity to Debtors for $15,000<br>Additional $13,500 to come into estate upon closing of sale. | 350,000.00 | 0.00 | | 15,000.00 | FA |
| 4 | 2 flat 13046 S. Maple, Blue Island, IL  (u)<br>   Orig. Description: 2 flat 13046 S. Maple, Blue Island, IL; Imported from Amended Doc#: 32; Lien: 2 flat<br>13046 S. Maple<br>Blue Island, IL<br>Value $ 100000 - Amount: 65000.00; Lien: single family home<br>9137 Lynwood Drive | 100,000.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-17778  
**Case Name:** MARQUEZ, BRIAN ISREAL  
MARQUEZ, KRISTINE DENISE  
**Period Ending:** 05/20/16

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 05/12/14 (f)  
**§341(a) Meeting Date:** 06/30/14  
**Claims Bar Date:** 05/26/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| | Oak Lawn, IL 60453<br>Value $ 100000  -  Amount: 18000.00  (See Footnote) | | | | |
| 5 | single family home 9137 Lynwood Drive, Oak Lawn, (u)<br>  Orig. Description: single family home 9137 Lynwood Drive, Oak Lawn, IL 60453; Imported from Amended Doc#: 32; Lien: single family home<br>9137 Lynwood Drive<br>Oak Lawn, IL 60453<br>Value $ 100000  -  Amount: 100000.00  (See Footnote) | 100,000.00 | 0.00 | | 0.00 | FA |
| 6 | 3 flat 2649 New Street, Blue Island, IL  (u)<br>  Orig. Description: 3 flat 2649 New Street, Blue Island, IL; Imported from Amended Doc#: 32; Lien: 3 flat<br>2649 New Street<br>Blue Island, IL<br>Value $ 130000  -  Amount: 153000.00  (See Footnote) | 130,000.00 | 0.00 | | 0.00 | FA |
| 7 | Cash  (u)<br>  Orig. Description: Cash; Imported from Amended Doc#: 32; Exemption: Cash  -  Amount: 400.00 | 400.00 | 0.00 | | 0.00 | FA |
| 8 | Hinsdale Bank & Trust Checking - $800 Hinsdale B (u)<br>  Orig. Description: Hinsdale Bank & Trust Checking - $800 Hinsdale Bank & Trust Savings - $195 Salt Creek Credit Union - $175 Acme Credit Union - $215; Imported from Amended Doc#: 32; Exemption: Hinsdale Bank & Trust Checking - $800 Hinsdale Bank & Trust Savings - $195 Salt Creek Credit Union - $175 Acme Credit Union - $215  -  Amount: 1385.00 | 1,385.00 | 0.00 | | 0.00 | FA |
| 9 | Ordinary items  (u)<br>  Orig. Description: Ordinary items; Imported from Amended Doc#: 32 | Unknown | 0.00 | | 0.00 | FA |
| 10 | Ordinary items  (u)<br>  Orig. Description: Ordinary items; Imported from | Unknown | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-17778  
**Case Name:** MARQUEZ, BRIAN ISREAL  
MARQUEZ, KRISTINE DENISE  
**Period Ending:** 05/20/16

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 05/12/14 (f)  
**§341(a) Meeting Date:** 06/30/14  
**Claims Bar Date:** 05/26/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Amended Doc#: 32 | | | | | |
| 11 | Ordinary items (u)<br>    Orig. Description: Ordinary items; Imported from Amended Doc#: 32 | Unknown | 0.00 | | 0.00 | FA |
| 12 | Northwestern Mutual life insurance (cash value) (u)<br>    Orig. Description: Northwestern Mutual life insurance (cash value); Imported from Amended Doc#: 32 | 5,000.00 | 0.00 | | 0.00 | FA |
| 13 | Acme Credit Union Annunity (u)<br>    Orig. Description: Acme Credit Union Annunity; Imported from Amended Doc#: 32; Exemption: Acme Credit Union Annunity  -  Amount: 1000.00 | 1,000.00 | 0.00 | | 0.00 | FA |
| 14 | T. Rove Price (401K) - $20,500 Wells Fargo - $5, (u)<br>    Orig. Description: T. Rove Price (401K) - $20,500 Wells Fargo - $5,400 American Funds IRA - $14,000 American Funds 401K - $4,100; Imported from Amended Doc#: 32; Exemption: T. Rove Price (401K) - $20,500 Wells Fargo - $5,400 American Funds IRA - $14,000 American Funds 401K - $4,100  -  Amount: 23600.00 | 23,600.00 | 0.00 | | 0.00 | FA |
| 15 | Ameritrade (u)<br>    Orig. Description: Ameritrade; Imported from Amended Doc#: 32; Exemption: Ameritrade  -  Amount: 4100.00 | 4,100.00 | 0.00 | | 0.00 | FA |
| 16 | 2004 Toyota Sienna (u)<br>    Orig. Description: 2004 Toyota Sienna; Imported from Amended Doc#: 32; Exemption: 2004 Toyota Sienna  -  Amount: 4800.00 | 5,800.00 | 0.00 | | 0.00 | FA |
| 17 | 2005 Subaru Forester (u)<br>    Orig. Description: 2005 Subaru Forester; Imported from Amended Doc#: 32 | 5,700.00 | 0.00 | | 0.00 | FA |
| 17 | **Assets   Totals** (Excluding unknown values) | **$1,026,985.00** | **$0.00** | | **$15,000.00** | **$0.00** |

RE PROP# 2    Stay relief granted  
RE PROP# 4    Stay relief granted  
RE PROP# 5    Stay relief granted

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 4

**Case Number:** 14-17778  
**Case Name:** MARQUEZ, BRIAN ISREAL  
MARQUEZ, KRISTINE DENISE  
**Period Ending:** 05/20/16

**Trustee:** (330129)   Ira Bodenstein  
**Filed (f) or Converted (c):** 05/12/14 (f)  
**§341(a) Meeting Date:** 06/30/14  
**Claims Bar Date:** 05/26/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

RE PROP# 6    Stay relief granted

**Major Activities Affecting Case Closing:**

3/31/2016- Report of unclaimed funds filed and funds deposited  
Case will be ready for TDR  
4/20/2015- Finalize sale of equity in house to debtor  
Review claims and file TFR

**Initial Projected Date Of Final Report (TFR):**    December 31, 2015    **Current Projected Date Of Final Report (TFR):**    November 23, 2015  (Actual)

Printed: 05/20/2016 10:22 AM    V.13.25

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 14-17778 | | Trustee: | Ira Bodenstein (330129) |
|---|---|---|---|---|
| Case Name: | MARQUEZ, BRIAN ISREAL | | Bank Name: | Rabobank, N.A. |
| | MARQUEZ, KRISTINE DENISE | | Account: | ******3966 - Checking Account |
| Taxpayer ID #: | **-***8909 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 05/20/16 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/05/15 | {3} | Brian Marquez | Earnest money deposit for purchase of equity in 18 Fairview Court | 1110-000 | 1,500.00 | | 1,500.00 |
| 07/17/15 | {3} | Brian Marquez | Payment for sale of equity in 18 Fairview Court | 1110-000 | 13,500.00 | | 15,000.00 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 14,990.00 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.83 | 14,969.17 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.96 | 14,946.21 |
| 12/22/15 | 101 | Ira Bodenstein | Dividend paid 100.00% on $23.13, Trustee Expenses;  Reference: | 2200-000 | | 23.13 | 14,923.08 |
| 12/22/15 | 102 | Ira Bodenstein | Dividend paid 100.00% on $2,250.00, Trustee Compensation;  Reference: | 2100-000 | | 2,250.00 | 12,673.08 |
| 12/22/15 | 103 | Department of the Treasury | Dividend paid 100.00% on $12,297.07; Claim# 3; Filed: $12,297.07; Reference: | 5800-000 | | 12,297.07 | 376.01 |
| 12/22/15 | 104 | Discover Bank | Dividend paid   0.06% on $13,283.02; Claim# 1; Filed: $13,283.02; Reference: XXXX-XXXX-XXXX-5874 | 7100-000 | | 8.05 | 367.96 |
| 12/22/15 | 105 | Discover Bank | Dividend paid   0.06% on $8,024.11; Claim# 2; Filed: $8,024.11; Reference: | 7100-000 | | 4.86 | 363.10 |
| 12/22/15 | 106 | Fifth Third Bank | Dividend paid   0.06% on $503,588.22; Claim# 4 -2; Filed: $503,588.22; Reference: | 7100-000 | | 305.27 | 57.83 |
| 12/22/15 | 107 | Capital One Bank (USA), N.A. | Dividend paid   0.06% on $3,361.98; Claim# 5; Filed: $3,361.98; Reference: XXXX-XXXX-XXXX-4776 | 7100-000 | | 2.04 | 55.79 |
| 12/22/15 | 108 | Capital One Bank (USA), N.A. | Dividend paid   0.06% on $9,208.14; Claim# 6; Filed: $9,208.14; Reference: XXXX-XXXX-XXXX-6099 | 7100-000 | | 5.58 | 50.21 |
| 12/22/15 | 109 | Capital One Bank (USA), N.A. | Dividend paid   0.06% on $9,204.74; Claim# 7; Filed: $9,204.74; Reference: XXXXXXXX0017 | 7100-000 | | 5.58 | 44.63 |
| 12/22/15 | 110 | Fifth Third Bank | Dividend paid   0.06% on $4,231.90; Claim# 8; Filed: $4,231.90; Reference: XXXX-XXXX-XXXX-8524 Stopped on 03/24/16 | 7100-000 | | 2.57 | 42.06 |
| 12/22/15 | 111 | Navient Solutions, Inc. | Dividend paid   0.06% on $45,049.29; Claim# 9; Filed: $45,049.29; Reference: | 7100-000 | | 27.31 | 14.75 |
| 12/22/15 | 112 | American Express Centurion Bank | Dividend paid   0.06% on $1,165.35; Claim# 10; Filed: $1,165.35; Reference: | 7100-000 | | 0.71 | 14.04 |
| 12/22/15 | 113 | TALAN & KTSANES | Dividend paid   0.06% on $1,459.44; Claim# 11; Filed: $1,459.44; Reference: Stopped on 03/24/16 | 7100-000 | | 0.88 | 13.16 |
| 12/22/15 | 114 | PYOD, LLC its successors and | Dividend paid   0.06% on $19,824.24; Claim# | 7100-000 | | 12.02 | 1.14 |
| | | | | Subtotals : | $15,000.00 | $14,998.86 | |

{} Asset reference(s)

Printed: 05/20/2016 10:22 AM     V.13.25

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 14-17778  
**Case Name:** MARQUEZ, BRIAN ISREAL  
MARQUEZ, KRISTINE DENISE  
**Taxpayer ID #:** **-***8909  
**Period Ending:** 05/20/16

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3966 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | assigns as assignee | 12; Filed: $19,824.24; Reference: XXXX-XXXX-XXXX-6395 | | | | |
| 12/22/15 | 115 | Synchrony Bank | Dividend paid 0.06% on $1,885.63; Claim# 13; Filed: $1,885.63; Reference: XXXX-XXXX-XXXX-8342 | 7100-000 | | 1.14 | 0.00 |
| 03/24/16 | 110 | Fifth Third Bank | Dividend paid 0.06% on $4,231.90; Claim# 8; Filed: $4,231.90; Reference: XXXX-XXXX-XXXX-8524 Stopped: check issued on 12/22/15 | 7100-000 | | -2.57 | 2.57 |
| 03/24/16 | 113 | TALAN & KTSANES | Dividend paid 0.06% on $1,459.44; Claim# 11; Filed: $1,459.44; Reference: Stopped: check issued on 12/22/15 | 7100-000 | | -0.88 | 3.45 |
| 03/28/16 | 116 | Clerk of the Bankruptcy Court | Unclaimed Funds Voided on 03/30/16 | 8500-002 | | 3.45 | 0.00 |
| 03/30/16 | 116 | Clerk of the Bankruptcy Court | Unclaimed Funds Voided: check issued on 03/28/16 | 8500-002 | | -3.45 | 3.45 |
| 03/30/16 | 117 | Fifth Third Bank | Ref # XXXX-XXXX-XXXX-8524 | 7100-000 | | 2.57 | 0.88 |
| 03/30/16 | 118 | Clerk of the Bankruptcy Court | Unclaimed Funds | 8500-002 | | 0.88 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 15,000.00 | 15,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 15,000.00 | 15,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$15,000.00** | **$15,000.00** | |

Net Receipts : 15,000.00  
Less Other Noncompensable Items : 0.88  
Net Estate : $14,999.12

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******3966** | 15,000.00 | 15,000.00 | 0.00 |
| | **$15,000.00** | **$15,000.00** | **$0.00** |

{} Asset reference(s)

Printed: 05/20/2016 10:22 AM    V.13.25